**Order entered September 26, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00325-CV

### JESSICA D. LEE, M.D., Appellant

### V.

### LOIS HUNTER, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF JAMES HUNTER, DECEASED, Appellee

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-02393**

## ORDER

Before the Court is appellee Lois Hunter, Individually and on Behalf of the Estate of James Hunter, Deceased's September 22, 2016, Unopposed Motion to Extend Appellee's Briefing Deadline. This accelerated appeal is set for oral submission at 1:00 p.m. on October 5, 2016. Appellee's brief was due to be filed on May 10, 2016. Appellee requests an extension of thirty days from the date of an order granting William James Atkins leave to appear pro hac vice. We **DENY** the motion.

/s/     ROBERT M. FILLMORE
PRESIDING JUSTICE